**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

ARIEL YOUNG,

Plaintiff,

v.

ERIC GONZALEZ, et al.,

Defendants.

Case No. 26-1372-AJP-BGS

**MEMORANDUM AND ORDER GRANTING MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES**

This matter comes before the Court on Plaintiff Ariel Young's Motion for Leave to Proceed in Forma Pauperis (Doc. 2). For the reasons explained below, the motion is granted.

Under 28 U.S.C. § 1915(a)(1), a federal court may authorize commencement of a civil action without prepayment of fees when the applicant's financial affidavit demonstrates an inability to pay. The decision to grant or deny leave to proceed in forma pauperis lies within the Court's discretion. *Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005). An applicant need not be absolutely destitute; the relevant inquiry is whether payment would prevent the applicant from providing for the necessities of life. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948).

Plaintiff reports no current wages and no income from other sources during the preceding 12 months. Doc. 2 at 1. Plaintiff has $100 in cash or bank accounts, owns no other property, and reports $100 in monthly expenses. *Id.* at 2. With no reported income and only $100 available to meet those expenses, Plaintiff cannot prepay the filing fee while meeting basic needs. The Court therefore grants the motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. 2) is **GRANTED**. Plaintiff may proceed without prepayment of the filing fee. The

Clerk shall not issue summons or otherwise effect service of process unless directed by further order of the Court. The Clerk shall mail a copy of this Order to Plaintiff.

**IT IS SO ORDERED.**

Dated October 19, 2026, at Wichita, Kansas.

/s/ Brooks Severson
Brooks G. Severson
United States Magistrate Judge